# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

DARRELL LAW

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

DELAWARE COUNTY, PENNSYLVANIA;
DELAWARE COUNTY DISTRICT ATTORNEY
JACK WHELAN OF THE DE. COUNTY DIST.
ATT. OFFICE IN MEDIA, PA; THE DE.
COUNTY SHERIFFS DEPARTMENT; CLERK
OF COURTS IN THE DISTRICT COURT OF
LIMA, PENNSYLVANIA AND THE COM-
MUNITY EDUCATION CENTER INCORPORATED

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

16  3030

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

RECEIVED JUN 15 2016

### I. Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name DARRELL LAW
ID # 1600 2026
Current Institution GEORGE W. HILL CORRECTIONAL FACILITY
Address P.O. BOX 23 A, CHENEY ROAD 500
THORNTON, PA 19373

Rev. 10/2009

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name **JACK WHELAN, DIST. ATTORNEY** Shield #_____
Where Currently Employed **DE. COUNTY DIST. ATT. OFFICE**
Address **201 WEST FRONT STREET**
**MEDIA, PENNSYLVANIA 19063**

Defendant No. 2
Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 3
Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 4
Name _____ Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 5
Name _____ Shield #_____
Where Currently Employed _____
Address _____

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? **GEORGE W. HILL CORRECTIONAL FACILITY**

B. Where in the institution did the events giving rise to your claim(s) occur? **NONE SPECIFIC**

C. What date and approximate time did the events giving rise to your claim(s) occur? _____

**BETWEEN MARCH 15, 2016 AND MAY 10, 2016 IN DELAWARE COUNTY**

*What happened to you?*

D. Facts: WAS ILLEGALLY DETAINED AS A RESULT OF A WARRANT-LESS ARREST. AND, A PROBABLE CAUSE DETERMINATION WAS UNNECESSARILY DELAYED UP UNTIL MAY 10, 2016. MOREOVER, THE VERACITY OF THE PROBABLE CAUSE HEARING EVENTUALLY HELD ON MAY 10, 2016 WAS LESS THAN RELIABLE.

*Who did what?*

THE OFFICIALS OF DELAWARE COUNTY, PENNSYLVANIA (SHERIFFS DEPARTMENT, CONSTABLES OFFICE, DELAWARE COUNTY PRISON, DISTRICT ATTORNEYS OFFICE, ETC.) FAILED TO TAKE ME BEFORE A JUDICIAL OFFICER WITHIN A TIMELY MANNER FOR PURPOSE OF DETERMINING LIKELIHOOD OF CRIMINAL ACT, ACCORDINGLY.

*Was anyone else involved?*

THE DISTRICT COURT CLERKS OFFICE AT LIMA, PENNSYLVANIA, PERHAPS EVEN, MAY HAVE A ROLE WITHIN FAILING TO SCHEDULE AND/OR SEND NOTICE TO THE AGENCIES RESPONSIBLE FOR THE TRANSPORTATION, ETC..

*Who else saw what happened?*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a

prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). GEORGE W. HILL CORRECTIONAL FACILITY

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ___ Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? NOT BEING TAKEN BEFORE A JUDGE FOR A PROBABLE CAUSE DETERMINATION

2. What was the result, if any? NO RESPONSE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F.     If you did not file a grievance:

     1.     If there are any reasons why you did not file a grievance, state them here: _____

_____
_____
_____
_____

     2.     If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

_____
_____
_____
_____

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

A PETITION FOR WRIT OF HABEAS CORPUS WAS FILED IN THE DISTRICT COURT OF LIMA, PA. ON OR ABOUT THE 5TH OF APRIL, 2016. see MJ-32248-CR-064-2016 ANOTHER PETITION IN REGARDS TO THE SAME WAS FILED ON OR ABOUT THE 25TH OF APRIL, 2016 IN THE COURT OF COMMON PLEAS (DE. COUNTY, PA) see CP-23-MD-1206-2016

Note:     You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.     **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). A. MONETARY AWARD OF $1,000.00 FOR EVERYDAY OF CONFINEMENT SPENT WITHOUT A PROBABLE CAUSE DETERMINATION IN VIOLATION OF DUE PROCESS RIGHTS

AND LIBERTY INTEREST.

B. THOROUGHLY INVESTIGATE AND REPORT LIKELYHOOD OR ACTUAL EXISTENCE OF RACIAL DISPARITY AND/OR BIAS HAVING AN EFFECT UPON DAY TO DAY OPERATIONS, ADMINISTRATIVE AND JUDICIAL, WITHIN THE DISTRICT COURT(ES) OF NOTABLE REGARD IN DELAWARE COUNTY, PA..

C. THE ABOVE SHOULD, ALSO, APPLY TO THE COURT OF COMMON PLEAS OF DELAWARE COUNTY, PA..

D. REVIEW AND AMEND POLICIES HAVING AN EFFECT OR INTENTIONAL DESIGN THAT CREATES OR FOSTERS A DRAWN OUT (AND ILLEGAL) PROCEDURE OF WHICH MAY CAUSE DISCOURAGEMENT AND/OR MANIPULATION OF A CRIMINAL DEFENDANT'S APPROACH WITHIN A CRIMINAL PROCEEDING, AT EVERY PHASE.

E. INSTALL A PROGRAM STATEMENT AND POLICY REQUIRING THE DISTRICT ATTORNEY'S OFFICE OF DELAWARE COUNTY, PA., THE DELAWARE COUNTY PRISON (G.W.H.C.F.), DE. COUNTY SHERIFFS DEPT. INTENDED TO UPHOLD THE CONSTITUTIONAL RIGHTS OF ALL CRIMINAL DEFENDANTS AND ENSURE A FAIR PROCEEDING, OVERALL.

### VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

[On these claims]

Yes ____  No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?   Yes _____ No _____

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

On other claims

C. Have you filed other lawsuits in state or federal court?

   Yes _____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending?   Yes _____ No _____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____

   _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 10 day of JUNE, 2016.

Signature of Plaintiff *Darrell Cox*

Inmate Number 1600,2026

Institution Address _G.W.H.C.F._
_P.O. Box 23A_
_500 Cheney Road_
_Thornton, PA 19373_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _10_ day of _June_, 20 _16_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Darrell Law_